IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALYCIA LANE | : | |
| --- | --- | --- |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 08-4849 |
| CBS BROADCASTING INC., | : | |
| t/a KYW TV-3, et al. | : | |

## ORDER

AND NOW this  28th  day of April, 2009, upon consideration of Plaintiff's Motion to Remand (Doc. No. 12), and all documents submitted in support thereof and in opposition thereto, it is ORDERED as follows:

1. The Motion to Remand is GRANTED and this case is remanded to the Court of Common Pleas of Philadelphia.

2. The Motion for Fees and Costs is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge